UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ULAYTHIA WILLIAMS,

    Plaintiff,

vs.

CASE NO: 1:15-cv-00024-MW-GRJ

KRISHNA ENTERPRISES OF
ALACHUA, INC., a Florida
Corporation d/b/a AMERICA'S
BEST VALUE INN, and
SANMUKH PATEL, an Individual,

    Defendants.
_____/

## PLAINTIFF, ULAYTHIA WILLIAMS' RESPONSE TO DEFENDANTS' MOTION FOR SCHEDULING ORDER AND STAY OF PROCEEDINGS

COMES NOW Plaintiff, ULAYTHIA WILLIAMS ("Plaintiff"), files this Response to Defendants' Motion for Scheduling Order and Stay of Proceedings [D.E. 5], and states as follows:

While Plaintiff does not oppose the entry of an FLSA Scheduling Order, Plaintiff does oppose Defendants' request to the extent the request seeks to relieve Defendants of their obligation to file a responsive pleading in this matter. In addition, Plaintiff wishes to note her dispute with Defendants' position that Defendants are necessarily entitled to an offset for the cost of the lodging, or that the lodging provided was for Plaintiff's benefit. However, Plaintiff agrees that an FLSA scheduling order may facilitate the early resolution of this case. Therefore, while Plaintiff does not oppose a stay of discovery and the other requirements of Rule 26 pending completion of the requirements of a standard FLSA scheduling order, Plaintiff requests that the

Court deny the Motion only to the extent it requests a stay of Defendants' obligation to file a responsive pleading.

Dated this 25th day of March, 2015.

Respectfully submitted,

**/s/ANGELI MURTHY**
ANGELI MURTHY, ESQ.
FL Bar No.: 88758
MORGAN & MORGAN, P.A.
600 N Pine Island Road, Ste. 400
Plantation, FL 33324
Tel: 954-318-0268
Fax: 954-327-3016
E-mail: Amurthy@forthepeople.com
*Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF system on this 25th day of March, 2015, which I understand will send notice of same to all counsel of record.

**/s/ ANGELI MURTHY**
Angeli Murthy, Esq.
