UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ULAYTHIA WILLIAMS,

    Plaintiff,

CASE NO: 1:15-cv-00024-MW-GRJ

vs.

KRISHNA ENTERPRISES OF
ALACHUA, INC., a Florida
Corporation d/b/a AMERICA'S
BEST VALUE INN, and
SANMUKH PATEL, an Individual,

    Defendant.
_____/

## PLAINTIFF'S ANSWERS TO COURT'S INTERROGATORIES

1. During what period of time were you employed by the Defendant?

**ANSWER:** March 2011 to January 2012; and March 2012 to February 2015

2. Who was your immediate supervisor?

**ANSWER:** "Mike" Patel then "Allan" Patel

3. Did you have a regularly scheduled work period? If so, specify.

**ANSWER:** Monday to Sunday 9:30 – 11:00 a.m. and 3:00 to 5:00 p.m. But I was also asked to work hours outside of those scheduled hours.

4. What was your title or position? Briefly describe your job duties.

**ANSWER:** Title/Position: Housekeeping and Laundry

    Job duties: Cleaned rooms and common areas of the hotel, did laundry and maintenance.

5. What was your regular rate of pay?

ANSWER: $8.00 per hour, less the value of approximately 28 hours per week for a room.

6. Provide an accounting of your claim, including:

(a) Dates:

ANSWER: March 12, 2012 to July 2014

(b) Regular hours worked;

ANSWER: 28 – 40 hours per week, these hours are stated in more detail in the attached spreadsheet.

(c) Over-time hours worked;

ANSWER: On occasion I worked over 40 hours, and Mike would take the overtime hours from that week and add them to a later week at straight time. These hours are also included in the attached spreadsheet.

(d) Pay received versus pay claimed;

ANSWER: I should have received at least minimum wage each week. To the extent the Defendant could make deductions, those deductions should have been no more than the actual cost of the room to the Defendant.

(e) Total amount claimed.

ANSWER: My employer deducted costs for a door handle and a broken window from my checks which took me even further below minimum wage. These amounts should not have been deducted.

I also claim damages for retaliation because beginning March 3, 2015, I was not scheduled to work, even though others were scheduled, and conversations with my new supervisor, Allan, have lead me to believe that this lawsuit is the reason I was not

scheduled. Although I was just put back on the schedule, I am being scheduled for only about ten hours per week at this time. I plan to amend my lawsuit to add this charge.

I understand that my damages due to rental deduction could be calculated in a couple of ways. Other people paid $650 per month or less for the identical room that I was charged $1000 per month for. At the very *least*, I should have been charged the lower amount for the identical room that others were charged, which is equal to an additional $350 per month that I am owed.

I do not know what the actual cost of the room was to my employer, but if the employer kept the required records of the cost, then I should be repaid the difference between what I was charged per month and the actual cost to the employer. With respect to this calculation, at most (if my employer does not have records of the actual cost to it for the housing provided), I should be refunded the rent that was deducted (as well as deductions for door handle and the window). The rent portion of the damages are detailed in the attached spreadsheet for the weeks for which I have payroll information, which is nearly every week of my employment. The total owed in wages improperly deducted for rent is $18,246.65, based on the records currently available.

The attached chart details the amounts I was paid, versus the hours I actually worked, and the deductions made from my pay based on the records I have available to me.[1] I further claim an equal amount in liquidated damages, as well as attorneys' fees and costs in this matter.

7. When did you, or your attorney, first complain to your employer about alleged violations of the FLSA?

ANSWER: I complained in January of 2013

---

[1] I reserve the right to amend these calculations as additional information becomes available in this case.

8. Was the complaint written or oral? (If a written complaint, please attach a copy).

**ANSWER:** **Oral. I told him he was deducting so much that I did not have enough to live**

9. What was your employer's response? If a written response, please attach a copy.

**ANSWER:** **He told me it would be my word against his.**

_____
ULAYTHIA WILLIAMS

STATE OF Florida

COUNTY OF Alachua

BEFORE ME, the undersigned authority, on this day, personally appeared Plaintiff, ULAYTHIA WILLIAMS, who being first duly sworn, deposes and says that he has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this 23 day of April, 2015.

NOTARY PUBLIC

_____
Signature of Person Taking Acknowledgement
Print Name: Katie L. Kramer
Title: Notary Public
Serial No. (if any): 191902
Commission Expires: 01/21/2019

Notary stamp:

Katie L. Kramer
State of Florida
My Commission Expires 01/21/2019
Commission No. FF 191902

5

| PAYROLL END DATE | RECEIVED CHECK DATE | HOURS CREDITED ON PAYSTUBS | WEEKLY HOURS WORKED THAT TRANFERRED TO RENT | ACTUAL HOURS WORKED | GROSS PAY | NET PAY | MINIMUM WAGE FOR ALL HOURS WORKED @ $7.79 & $7.93 (MW) | OVERTIME PREMIUM FOR OVERTIME HOURS | TOTAL MINIMUM WAGE OWED | TOTAL AMOUNT OWED IF NO CREDIT FOR HOUSING |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/13/2013 | 1/18/2013 | 15 | 28 | 43 | $ 115.05 | $ 107.78 | $ 334.97 | $ 11.69 | $ 346.66 | $ 231.61 |
| 1/20/2013 | 1/25/2013 | 11.5 | 28 | 39.5 | $ 88.21 | $ 82.83 | $ 307.71 |  | $ 307.71 | $ 219.50 |
| 1/27/2013 | 2/1/2013 | 20.75 | 28 | 48.75 | $ 159.15 | $ 143.64 | $ 379.76 | $ 34.08 | $ 413.84 | $ 254.69 |
| 2/3/2013 | 2/8/2013 | 25.75 | 28 | 53.75 | $ 197.50 | $ 174.20 | $ 418.71 | $ 53.56 | $ 472.27 | $ 274.77 |
| TOTAL |  | 73 | 112 | 185 | $ 559.91 | $ 508.45 | $ 1,441.15 | $ 99.32 | $ 1,540.47 | $ 980.56 |
| NO RECORD FOR THIS PERIOD | NO RECORD FOR THIS PERIOD | NO RECORD FOR THIS PERIOD | NO RECORD FOR THIS PERIOD | NO RECORD FOR THIS PERIOD | NO RECORD FOR THIS PERIOD | NO RECORD FOR THIS PERIOD | NO RECORD FOR THIS PERIOD | NO RECORD FOR THIS PERIOD | NO RECORD FOR THIS PERIOD | NO RECORD FOR THIS PERIOD |
| 3/17/2013 | 3/22/2013 | 40 | 28 | 68 | $ 306.80 | $ 306.80 | $ 529.72 | $ 109.06 | $ 638.78 | $ 331.98 |
| 3/24/2013 | 3/29/2013 | 39.25 | 28 | 67.25 | $ 301.05 | $ 301.05 | $ 523.88 | $ 106.14 | $ 630.02 | $ 328.97 |
| 3/31/2013 | 4/5/2013 | 19.5 | 28 | 39.5 | $ 149.57 | $ 149.57 | $ 307.71 |  | $ 307.71 | $ 158.14 |
| 4/7/2013 | 4/12/2013 | 39.5 | 28 | 67.5 | $ 302.97 | $ 302.97 | $ 525.83 | $ 107.11 | $ 632.94 | $ 329.97 |
| 4/14/2013 | 4/19/2013 | 39.5 | 28 | 67.5 | $ 302.97 | $ 302.97 | $ 525.83 | $ 107.11 | $ 632.94 | $ 329.97 |
| 4/21/2013 | 4/26/2013 | 29.75 | 28 | 57.75 | $ 228.18 | $ 228.18 | $ 449.87 | $ 69.14 | $ 519.01 | $ 290.83 |
| 4/28/2013 | 5/3/2013 | 24.5 | 28 | 52.5 | $ 187.92 | $ 187.92 | $ 408.98 | $ 48.69 | $ 457.66 | $ 269.75 |
| 5/5/2013 | 5/10/2013 | 40 | 28 | 68 | $ 306.80 | $ 306.80 | $ 529.72 | $ 109.06 | $ 638.78 | $ 331.98 |
| 5/12/2013 | 5/17/2013 | 39.85 | 28 | 67.5 | $ 305.65 | $ 305.65 | $ 525.83 | $ 107.11 | $ 632.94 | $ 327.29 |
| 6/2/2013 | 6/7/2013 | 21.5 | 28 | 49.5 | $ 164.91 | $ 164.91 | $ 385.61 | $ 37.00 | $ 422.61 | $ 257.70 |
| 6/9/2013 | 6/14/2013 | 9 | 28 | 37 | $ - | $ - | $ 288.23 |  | $ 288.23 | $ 288.23 |
| 6/23/2013 | 6/28/2013 | 22.4 | 28 | 50.4 | $ - | $ - | $ 392.62 | $ 40.51 | $ 433.12 | $ 433.12 |
| 6/30/2013 | 7/5/2013 | 27.75 | 28 | 55.75 | $ - | $ - | $ 434.29 | $ 61.35 | $ 495.64 | $ 495.64 |
| 7/7/2013 | 7/12/2013 | 16 | 28 | 44 | $ - | $ - | $ 342.76 | $ 15.58 | $ 358.34 | $ 358.34 |
| 7/14/2013 | 7/19/2013 | 20.4 | 28 | 48.4 | $ 156.47 | $ 156.47 | $ 377.04 | $ 32.72 | $ 409.75 | $ 253.29 |
| 7/21/2013 | 7/26/2013 | 10 | 28 | 38 | $ 76.70 | $ 76.70 | $ 296.02 |  | $ 296.02 | $ 219.32 |
| 7/28/2013 | 8/2/2013 | 5.5 | 28 | 33.5 | $ - | $ - | $ 260.97 |  | $ 260.97 | $ 260.97 |
| 8/4/2013 | 8/9/2013 | 16.85 | 28 | 44.85 | $ - | $ - | $ 349.38 | $ 18.89 | $ 368.27 | $ 368.27 |
| 8/11/2013 | 8/16/2013 | 12.65 | 28 | 30.65 | $ - | $ - | $ 238.76 |  | $ 238.76 | $ 238.76 |
| 8/18/2013 | 8/23/2013 | 9.6 | 28 | 37.6 | $ - | $ - | $ 292.90 |  | $ 292.90 | $ 292.90 |
| 8/25/2013 | 8/30/2013 | 17.64 | 28 | 45.64 | $ 135.30 | $ 135.30 | $ 355.54 | $ 21.97 | $ 377.50 | $ 242.20 |
| TOTAL |  | 501.14 | 588 | 1070.79 | $ 2,925.26 | $ 2,925.26 | $ 8,341.45 | $ 991.43 | $ 9,332.89 | $ 6,407.63 |
|  | Rate of pay @ $8 |  |  |  |  |  | $7.93 (MW) |  |  |  |
| 9/1/2013 | 9/6/2013 | 14.6 | 25 | 39.60 | $ 116.80 | $ 105.17 | $ 308.48 |  | $ 308.48 | $ 191.68 |
| 9/8/2013 | 9/13/2013 | 5.1 | 25 | 30.1 | $ 40.80 | $ 36.74 | $ 234.48 |  | $ 234.48 | $ 193.68 |
| 9/15/2013 | 9/20/2013 | 18.75 | 25 | 43.75 | $ 150.00 | $ - | $ 340.81 | $ 14.61 | $ 355.42 | $ 205.42 |
| 9/22/2013 | 9/27/2013 | 18.85 | 25 | 43.85 | $ 150.80 | $ - | $ 341.59 | $ 15.00 | $ 356.59 | $ 205.79 |
| 9/29/2013 | 10/4/2013 | 9 | 25 | 34 | $ 72.00 | $ 64.83 | $ 264.86 |  | $ 264.86 | $ 192.86 |
| 10/6/2013 | 10/11/2013 | 12.25 | 25 | 37.25 | $ 98.00 | $ 88.24 | $ 290.18 |  | $ 290.18 | $ 192.18 |
| 10/13/2013 | 10/18/2013 | 12.15 | 25 | 37.15 | $ 97.20 | $ 87.50 | $ 289.40 |  | $ 289.40 | $ 192.20 |
| 10/20/2013 | 10/25/2013 | 12.8 | 25 | 37.8 | $ 102.40 | $ 92.20 | $ 294.46 |  | $ 294.46 | $ 192.06 |
| 10/27/2013 | 11/1/2013 | 18 | 25 | 43 | $ 144.00 | $ - | $ 334.97 | $ 11.69 | $ 346.66 | $ 202.66 |
| 11/3/2013 | 11/8/2013 | 5 | 25 | 30 | $ 40.00 | $ - | $ 233.70 |  | $ 233.70 | $ 193.70 |
| 11/10/2013 | 11/15/2013 | 16.55 | 25 | 41.55 | $ 132.40 | $ 118.03 | $ 323.67 | $ 6.04 | $ 329.71 | $ 197.31 |
| 11/24/2013 | 11/29/2013 | 8.65 | 25 | 33.65 | $ 69.20 | $ 62.31 | $ 262.13 |  | $ 262.13 | $ 192.93 |
| 12/1/2013 | 12/6/2013 | 7.35 | 25 | 32.35 | $ 58.80 | $ 52.95 | $ 252.01 |  | $ 252.01 | $ 193.21 |
| 12/8/2013 | 12/13/2013 | 7 | 25 | 32 | $ 56.00 | $ 50.42 | $ 249.28 |  | $ 249.28 | $ 193.28 |
| 12/15/2013 | 12/20/2013 | 10.75 | 25 | 35.75 | $ 86.00 | $ 77.43 | $ 278.49 |  | $ 278.49 | $ 192.49 |
| 12/22/2013 | 12/27/2013 | 7.2 | 25 | 32.2 | $ 57.60 | $ 51.87 | $ 250.84 |  | $ 250.84 | $ 193.24 |
| 12/29/2013 | 1/3/2014 | 6 | 25 | 31 | $ 48.00 | $ 43.22 | $ 241.49 |  | $ 241.49 | $ 193.49 |
| 1/5/2014 | 1/10/2014 | 5 | 25 | 30 | $ 40.00 | $ 36.62 | $ 237.90 |  | $ 237.90 | $ 197.90 |
| 1/12/2014 | 14-Jul | 8 | 25 | 33 | $ 64.00 | $ 59.10 | $ 261.69 |  | $ 261.69 | $ 197.69 |
| 1/19/2014 | 1/24/2014 | 6.75 | 25 | 31.75 | $ 54.00 | $ 49.87 | $ 251.78 |  | $ 251.78 | $ 197.78 |
| 1/26/2014 | 1/31/2014 | 9 | 25 | 34 | $ 72.00 | $ 66.49 | $ 269.62 |  | $ 269.62 | $ 197.62 |
| 2/2/2014 | 2/7/2014 | 11.75 | 25 | 36.75 | $ 94.00 | $ 86.81 | $ 291.43 |  | $ 291.43 | $ 197.43 |
| 2/9/2014 | 2/14/2014 | 11.75 | 25 | 36.75 | $ 94.00 | $ 86.81 | $ 291.43 |  | $ 291.43 | $ 197.43 |
| 2/16/2014 | 2/21/2014 | 14.85 | 25 | 39.85 | $ 118.80 | $ - | $ 316.01 |  | $ 316.01 | $ 197.21 |
| 2/23/2014 | 2/28/2014 | 17.5 | 25 | 42.5 | $ 140.00 | $ - | $ 337.03 | $ 9.91 | $ 346.94 | $ 206.94 |
| 3/2/2014 | 3/7/2014 | 18.75 | 25 | 43.75 | $ 150.00 | $ 135.45 | $ 346.94 | $ 14.87 | $ 361.81 | $ 211.81 |
| 3/9/2014 | 3/14/2014 | 15.5 | 25 | 40.5 | $ 124.00 | $ 114.03 | $ 321.17 | $ 1.98 | $ 323.15 | $ 159.15 |
| 3/16/2014 | 3/21/2014 | 19.5 | 25 | 44.5 | $ 156.00 | $ 140.39 | $ 352.89 | $ 17.84 | $ 370.73 | $ 214.73 |
| 3/23/2014 | 3/28/2014 | 8 | 25 | 33 | $ 64.00 | $ 59.10 | $ 261.69 |  | $ 261.69 | $ 197.69 |
| 3/30/2014 | 4/4/2014 | 11.25 | 25 | 36.25 | $ 90.00 | $ 83.11 | $ 287.46 |  | $ 287.46 | $ 197.46 |
| 4/6/2014 | 4/11/2014 | 11.75 | 25 | 36.75 | $ 94.00 | $ 86.81 | $ 291.43 |  | $ 291.43 | $ 197.43 |
| 4/13/2014 | 4/18/2014 | 9.15 | 25 | 34.15 | $ 73.20 | $ 67.60 | $ 270.81 |  | $ 270.81 | $ 197.61 |
| 4/27/2014 | 5/9/2014 | 9.9 | 25 | 34.9 | $ 79.20 | $ 73.14 | $ 276.76 |  | $ 276.76 | $ 197.56 |
| 5/4/2014 | 5/9/2014 | 15.3 | 25 | 40.3 | $ 122.40 | $ 112.72 | $ 319.58 | $ 1.19 | $ 320.77 | $ 198.37 |
| TOTAL |  | 393.7 | 850 | 1,243.70 | $ 3,149.60 | $ 2,188.96 | $ 9,776.44 | $ 93.12 | $ 9,869.56 | $ 6,719.96 |
| 5/11/2014 | 5/16/2014 | 7.2 | 29.75 | 36.95 | $ 57.60 | $ 53.19 | $ 293.01 |  | $ 293.01 | $ 235.41 |
| 5/18/2014 | 5/23/2014 | 6.4 | 29.75 | 36.15 | $ 51.20 | $ 47.29 | $ 286.67 |  | $ 286.67 | $ 235.47 |
| 6/1/2014 | 6/6/2014 | 4 | 29.75 | 33.75 | $ 32.00 | $ 29.56 | $ 267.64 |  | $ 267.64 | $ 235.64 |
| 6/8/2014 | 6/20/2014 | 9.7 | 29.75 | 39.45 | $ 77.60 | $ 71.67 | $ 312.84 |  | $ 312.84 | $ 235.24 |
| 6/29/2014 | 7/3/2014 | 9.25 | 29.75 | 39 | $ 74.00 | $ 68.33 | $ 309.27 |  | $ 309.27 | $ 235.27 |
| 7/13/2014 | 7/18/2014 | 3.1 | 29.75 | 32.85 | $ 24.80 | $ 22.91 | $ 260.50 |  | $ 260.50 | $ 235.70 |
| 7/27/2014 | 8/1/2014 | 34.75 | 29.75 | 64.5 | $ 278.00 | $ 240.85 | $ 511.49 | $ 97.14 | $ 608.63 | $ 330.63 |
| 8/3/2014 | 8/8/2014 | 22.2 | 29.75 | 51.95 | $ 177.60 | $ 158.18 | $ 411.96 | $ 47.38 | $ 459.35 | $ 281.75 |
| 8/10/2014 | 8/15/2014 | 37.5 | 29.75 | 67.25 | $ 300.00 | $ 258.66 | $ 533.29 | $ 108.05 | $ 641.34 | $ 341.34 |
| 8/17/2014 | 8/22/2014 | 23.2 | 29.75 | 52.95 | $ 185.60 | $ - | $ 419.89 | $ 51.35 | $ 471.24 | $ 285.64 |
| 8/24/2014 | 8/29/2014 | 38.5 | 29.75 | 68.25 | $ 308.00 | $ 264.85 | $ 541.22 | $ 112.01 | $ 653.23 | $ 345.23 |
| 8/31/2014 | 9/5/2014 | 36 | 29.75 | 65.75 | $ 288.00 | $ 249.08 | $ 521.40 |  | $ 521.40 | $ 233.40 |
| TOTAL |  | 231.8 | 357 | 588.80 | $ 1,854.40 | $ 1,464.57 | $ 4,669.18 | $ 415.93 | $ 5,085.11 | $ 3,230.71 |
| PAYROLL END DATE NOT SUBMITTED |  |  |  |  |  |  |  |  |  |  |
| 4/20/2014 | N/A | 0 | 25 |  | $ 24.33 | $ 24.33 | $ 198.25 |  | $ 198.25 | $ 173.92 |
| 5/25/2014 | N/A | 0 | 25 |  | $ 26.54 | $ 26.54 | $ 198.25 |  | $ 198.25 | $ 171.71 |
| 6/22/2014 | N/A | 0 | 25 |  | $ 26.39 | $ 26.39 | $ 198.25 |  | $ 198.25 | $ 171.86 |
| 5/26/2013 | N/A | 0 | 28 |  | $ 27.78 | $ 27.78 | $ 222.04 |  | $ 222.04 | $ 194.26 |
| 6/6/2013 | N/A | 0 | 28 |  | $ 26.00 | $ 26.00 | $ 222.04 |  | $ 222.04 | $ 196.04 |
|  |  |  |  |  | $ 131.04 | $ 131.04 | $ 1,038.83 | $ - | $ 1,038.83 | $ 907.79 |
|  |  |  |  |  |  |  |  |  | TOTAL | $ 18,246.65 |